**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**(337) 433-9403**

David Ross Frohn
Manion, Gaynor & Manning
2201 Lake Street, Suite 106
Lake Charles LA 70601

Jeffery D. Fruge
The Thibodeaux Law Frim
P. O. Box 2090
Lake Charles LA 70602-2090

Harry Alston Johnson, III
Phelps, Dunbar
400 Convention St., Suite 1100
Baton Rouge LA 70802

**REHEARING ACTION: August 3, 2016**

**Docket Number: 15   00838-CA consolidated with 354-CA & 1,113-CA**

**RON WARREN, IND & OBO EST. OF D. HEBERT**
**VERSUS**
**SHELTER MUTUAL INSURANCE COMPANY, ET AL.**

**Appealed from Calcasieu Parish Case No. 2006-385**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Jimmie C. Peters**
    **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Teleflex, Inc.** has this day been

    **DENIED.**
    Conery, J., would grant the rehearing.

cc: Rudie Ray Soileau, Jr., Counsel for the Appellee
    Maurice L. Tynes, Counsel for the Appellee
    Barton Willis Bernard, Counsel for the Appellant
    Aaron Broussard, Counsel for the Appellant
    Randall Earl Hart, Counsel for the Appellant